The People of the State of New York ex rel. Garden Equities, Inc., Appellant, against William S. Miller et al., as Commissioners of Taxes and

Assessments of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.